**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

## IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

In an order dated October 8, 2014, we ordered Shantel Beheler, Official Court Reporter for the 255th Judicial District Court of Dallas County, Texas, to file by October 24, 2014, either the reporter's record or written verification that appellant has not paid for the record. As of today's date, Shantel Beheler has not responded.

Accordingly, we again **ORDER** Shantel Beheler to file, by **DECEMBER 5, 2014**, either the reporter's record or written verification that appellant has not paid for the record.

If the Court does not receive either the reporter's record or the required written verification of no payment, we will utilize the remedies available to obtain the reporter's record, which may include ordering Shantel Beheler not sit as a court reporter until she complies with this order.

We caution appellant that if the Court receives written verification of no payment, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to The Honorable Lori Hockett, Presiding Judge of the 255th Judicial District Court, Shantel Beheler, and counsel for all parties.

/s/      ELIZABETH LANG-MIERS
           JUSTICE